

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2021

No. 04-20-00062-CV

**IN THE INTEREST OF K.M., B.M. AND A.B.M., MINOR CHILDREN**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-09419
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellee David Avila's motion for extension of time is GRANTED. Appellee David Avila's brief is due September 7, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2021.



_____
Michael A. Cruz,
Clerk of Court